**Morris B. FAHNBULLEH, Petitioner-Appellant,**

**v.**

**Brick TRIPP, Respondent-Appellee.**

**No. 17-6861**

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Morris B. Fahnbulleh, Appellant Pro Se.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morris B. Fahnbulleh, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Fahnbulleh v. Tripp*, No. 5:16-hc-02227-D, 2017 WL 4112278 (E.D.N.C. June 28, 2017). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*